UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: ENGLE PROGENY CASES

CASE NO. 3:09-CV-10000-WGY-JBT

THIS DOCUMENT RELATES TO:

*The Cases Listed on Attached Exhibit A*

## JOINT MOTION TO DISMISS DEFENDANT LORILLARD TOBACCO COMPANY WITH PREJUDICE

Plaintiffs in each and every one of the actions identified on the attached Exhibit "A" (the "Plaintiffs") and Defendant LORILLARD TOBACCO COMPANY ("Lorillard") hereby jointly move to dismiss with prejudice all claims against Defendant Lorillard Tobacco Company ("Lorillard"), pursuant to Fed. R. Civ. P. (41)(a)(2). Plaintiffs and Defendant Lorillard agree to bear their own respective attorneys' fees and costs.

Dated: July 24, 2014

| HUGHES HUBBARD & REED LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| By: */s/ Theodore V.H. Mayer* | By: */s/ Sarah R. London* |
| Theodore V.H. Mayer* | Robert J. Nelson (CA Bar No. 132797) |
| Email: mayer@hugheshubbard.com | E-mail: rnelson@lchb.com |
| Jeff H. Galloway* | Elizabeth J. Cabraser (CA Bar No. 83151) |
| Email: galloway@hugheshubbard.com | E-mail: ecabraser@lchb.com |
| One Battery Park Plaza | Richard M. Heimann (CA Bar No. 063607) |
| New York, NY 10004-1482 | E-mail: rheimann@lchb.com |
| Telephone: (212) 837-6000 | Sarah R. London (CA Bar No. 267083) |
| Facsimile: (212) 422-4726 | E-mail: slondon@lchb.com |
| * Admitted Pro Hac Vice | Kent L. Klaudt (CA Bar No. 183903) |
| | E-mail: kklaudt@lchb.com |
| Aviva L. Wernick (FL Bar 697281) | 275 Battery Street, 29th Floor |
| E-mail: wernick@hugheshubbard.com | |

64515258_1

201 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Telephone:  (305) 358-1666
Facsimile:  (305) 371-8759

***Attorneys for Lorillard Tobacco Company***

San Francisco, California  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Kenneth S. Byrd (TN Bar No. 23541)
E-mail: kbyrd@lchb.com
150 Fourth Avenue North
One Nashville Place, Suite 1650
Nashville, Tennessee  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2014, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Aviva L. Wernick*
Aviva L. Wernick (FBN 697281)
E-mail: wernick@hugheshubbard.com
HUGHES HUBBARD & REED LLP
201 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 358-1666
Facsimile: (305) 371-8759

*Attorneys for Lorillard Tobacco Company*